# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

148230 & (12)(16)(17)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EDWARD NATHANIEL CARLTON,
      Defendant-Appellant.

SC: 148230
COA: 318240
Washtenaw CC: 85-019976-FC

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 6, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motions to remand and for miscellaneous relief are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



Clerk

p0519